# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| LEYDEN, NOEL J. § | Case No. 13-07885 |
| LEYDEN, KATHLEEN A. § | |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF COURT
> UNITED STATES BANKRUPTCY CT.
> 219 S. DEARBORN STREET
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/03/2013 in Courtroom ,

> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/06/2013           By: /s/ Andrew J. Maxwell
                                          Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
LEYDEN, NOEL J. § Case No. 13-07885
LEYDEN, KATHLEEN A. §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 14,099.00 |
| and approved disbursements of | $ | 72.07 |
| leaving a balance on hand of[1] | $ | 14,026.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,159.90 | $ 0.00 | $ 2,159.90 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 2,575.00 | $ 0.00 | $ 2,575.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 2.16 | $ 0.00 | $ 2.16 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,737.06 |
| Remaining Balance | $ 9,289.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,860.17  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ 1,597.55 | $ 0.00 | $ 346.27 |
| 2 | Hinsdale Bank & Trust Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | Capital One Bank (USA), N.A. | $ 16,353.81 | $ 0.00 | $ 3,544.66 |
| 4 | FIA CARD SERVICES, N.A. | $ 18,291.58 | $ 0.00 | $ 3,964.67 |
| 5 | Capital One, N.A. | $ 189.18 | $ 0.00 | $ 41.00 |
| 6 | eCAST Settlement Corporation, assignee | $ 1,113.92 | $ 0.00 | $ 241.44 |
| 7 | PYOD, LLC its successors and assigns as assignee | $ 5,314.13 | $ 0.00 | $ 1,151.83 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,289.87 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-07885-PSH
Noel J. Leyden                                                        Chapter 7
Kathleen A. Leyden
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2            Date Rcvd: Nov 07, 2013
                              Form ID: pdf006           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2013.
db/jdb         +Noel J. Leyden,   Kathleen A. Leyden,   1338 Cypress Dr.,   Lemont, IL 60439-4642
20106922       +ARS National,   PO Box 463023,   Escondido, CA 92046-3023
20106919       +Acacia Federal Savings Bank,   PO Box 6430,   Falls Church, VA 22040-6430
20106923        Bank Of America,   4060 Ogletown/Stanton Rd,   Newark, DE 19713
20106924       +Blatt, Hasenmiller, Leibsker & Moor,   125 S. Wacker Dr., Ste., 400,   Chicago, IL 60606-4440
20106925       +Blitt & Gaines,   661 Glenn Ave,   Wheeling, IL 60090-6017
20106932       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Na,   Attn.: Centralized Bankruptcy,   Po Box 20507,
                  Kansas City, MO 64195)
20106926       +Capital 1 Bank,   Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
20584518        Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
                  Charlotte, NC  28272-1083
20826816        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20106928       +Cda/pontiac,   Attn: Bankruptcy,   Po Box 213,   Streator, IL 61364-0213
20106929       +Central DuPage Hospital,   PO Box 4090,   Carol Stream, IL 60197-4090
20106930       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20106931       +Citibank NA,   PO Box 790110,   Saint Louis, MO 63179-0110
20622730       +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
20106934       +GC Services Limited,   PO Box 2667,   Houston, TX 77252-2667
20106935       +Hinsdale Bank & Trust Company,   c/o Daniel P Dawson, Nisen & Elliott LLC,
                  200 West Adams Street Suite 2500,   Chicago, IL 60606-5232
20106938       +Northland Group, Inc.,   PO Box 390905,   Minneapolis, MN 55439-0905
20106939       +Penncro Associates,   PO Box 3003,   Phoenixville, PA 19460-0918
20106940       +Pierce and Associates,   1 N. Dearborn, Ste. 1300,   Chicago, IL 60602-4373
20106941       +Scotts Lawn Service Chicago South,   PO Box 742585,   Cincinnati, OH 45274-2585
20106942       +Silver Cross Hospital,   1200 Maple Rd.,   Joliet, IL 60432-1497
20106943       +State Collection Service,   c/o Walgreens Take Care Health,   2509 S. Stoughton Rd.,
                  Madison, WI 53716-3314
20106944       +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV  P.O.Box 9475,
                  Minneapolis, MN 55440-9475
20106945       +Vasectomy Clinics of Chicago,   c/o Kiumars Mostowfi, M.D.,   PO Box 669,
                  Libertyville, IL 60048-0669
20852584        eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                  New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20106920       +E-mail/Text: ally@ebn.phinsolutions.com Nov 08 2013 01:01:09     Ally Financial,
                  200 Renaissance Ctr,   Detroit, MI 48243-1300
20535373        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 08 2013 01:14:38
                  American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
                  Oklahoma City, OK  73124-8866
20106921       +E-mail/Text: bky@americanprofit.net Nov 08 2013 01:02:46     American Profit Recovery,
                  34405 W. 12 Mile Rd., Ste 379,   Farmington, MI 48331-5608
20106927       +E-mail/Text: cms-bk@cms-collect.com Nov 08 2013 01:01:36     Capital Management Services,
                  PO Box 120,   Buffalo, NY 14220-0120
20106936       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 08 2013 01:01:20     Kohls/capone,
                  N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
20106937       +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 08 2013 01:02:23     NCO Financial Systems,
                  507 Prudential Rd.,   Horsham, PA 19044-2368
20858543       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2013 01:14:29
                   PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                   Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20106933*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
                  Kansas City, MO 64195)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: lhuley              Page 2 of 2                   Date Rcvd: Nov 07, 2013
                               Form ID: pdf006           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
              Andrew J Maxwell, ESQ     maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
              Daniel P. Dawson    on behalf of Creditor    Hinsdale Bank & Trust Company ddawson@nisen.com,
               adrag@nisen.com
              Gerald  Bauer, Jr    on behalf of Joint Debtor Kathleen A. Leyden glb@gbauerlaw.com
              Gerald  Bauer, Jr    on behalf of Debtor Noel J. Leyden glb@gbauerlaw.com
              Joel P Fonferko    on behalf of Creditor    Acacia Life Insurance Company ND-One@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 7
```