UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LEYDEN, NOEL J. | § | Case No. 13-07885 |
| LEYDEN, KATHLEEN A. | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Acacia Federal Savings Bank PO Box 6430 Falls Church, VA 22043 |  |  |  |  |  |
|  | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank NA PO Box 790110 Saint Louis, MO 63179 | | | | | |
| | Citibank NA PO Box 790110 Saint Louis, MO 63179 | | | | | |
| | Hinsdale B&T 25 E First St. Hinsdale, IL 60521 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | | | | |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Cda/pontiac Attn: Bankruptcy Po Box 213 Streator, IL 61364 | | | | | |
| | Central DuPage Hospital PO Box 4090 Carol Stream, IL 60197 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Na Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Scotts Lawn Service Chicago South PO Box 742585 Cincinnati, OH 45274 | | | | | |
| | Silver Cross Hospital 1200 Maple Rd. Joliet, IL 60432 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | State Collection Service c/o Walgreens Take Care Health 2509 S. Stoughton Rd. Madison, WI 53716 |  |  |  |  |  |
|  | Tnb-Visa (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 |  |  |  |  |  |
|  | Vasectomy Clinics of Chicago c/o Kiumars Mostowfi, M.D. PO Box 669 Libertyville, IL 60048 |  |  |  |  |  |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 3 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 5 | CAPITAL ONE, N.A. |  |  |  |  |  |
| 6 | ECAST SETTLEMENT CORPORATION, ASSIG |  |  |  |  |  |
| 4 | FIA CARD SERVICES, N.A. |  |  |  |  |  |
| 2 | HINSDALE BANK & TRUST COMPANY |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 13-07885 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LEYDEN, NOEL J. | | | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | LEYDEN, KATHLEEN A. | | | 341(a) Meeting Date: | 04/17/13 |
| For Period Ending: | 12/31/13 | | | Claims Bar Date: | 08/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1338 Cypress Dr. Lemont IL 60439 Single Family Res | 540,000.00 | 0.00 | | 0.00 | FA |
| 2. Located in Debtors' possession. | 25.00 | 25.00 | | 0.00 | FA |
| 3. Marquette Savings Account | 3,675.00 | 0.00 | | 0.00 | FA |
| 4. Marquette Bank Checking Account | 2,500.00 | 250.00 | | 0.00 | FA |
| 5. Various used household goods and furnishings, noth | 2,000.00 | 175.00 | | 0.00 | FA |
| 6. Used books, magazines and family photos, nothing o | 200.00 | 0.00 | | 0.00 | FA |
| 7. Used clothing, nothing of significant value. | 500.00 | 0.00 | | 0.00 | FA |
| 8. Used jewelry, including wedding ring. | 500.00 | 250.00 | | 0.00 | FA |
| 9. Illinois Smart Move College Savings Fund | 4,500.00 | 0.00 | | 0.00 | FA |
| 10. SunWest Trust IRA | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. 2010 Chevrolet Traverse in good condition with app | 19,362.00 | 0.00 | | 0.00 | FA |
| 12. 2011 Chevrolet Equinox in good condition with appr | 17,921.00 | 0.00 | | 0.00 | FA |
| 13. TAX REFUND (u) | 0.00 | 0.00 | | 14,099.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $595,183.00 | $700.00 | | $14,099.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-07885 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LEYDEN, NOEL J. | | Bank Name: | ASSOCIATED BANK |
| | LEYDEN, KATHLEEN A. | | Account Number / CD #: | *******8520 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1646 | | | |
| For Period Ending: | 12/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/25/13 | 13 | KATHLEEN A LEYDEN<br>1338 CYPRESS DR.<br>LEMONT, IL 60439-4642 | TAX RETURN | 1124-000 | 14,099.00 | | 14,099.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,089.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.94 | 14,068.06 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.92 | 14,047.14 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.21 | 14,026.93 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.85 | 14,006.08 |
| 12/04/13 | 010001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 2,159.90 | 11,846.18 |
| 12/04/13 | 010002 | MAXWELL LAW GROUP, LLC<br>105 W ADAMS ST.<br>SUITE 3200<br>CHICAGO, IL 60603 | Final Payment<br>Claim # | | | 2,577.16 | 9,269.02 |
| | | | Fees         2,575.00 | 3110-000 | | | |
| | | | Expenses        2.16 | 3120-000 | | | |
| 12/04/13 | 010003 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final Payment<br>Claim # | 7100-000 | | 345.49 | 8,923.53 |
| 12/04/13 | 010004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Payment<br>Claim # | 7100-000 | | 3,536.71 | 5,386.82 |
| 12/04/13 | 010005 | FIA CARD SERVICES, N.A.<br>P O Box 982284 | Final Payment<br>Claim # | 7100-000 | | 3,955.77 | 1,431.05 |

Page Subtotals      14,099.00      12,667.95

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-07885 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LEYDEN, NOEL J. | Bank Name: | ASSOCIATED BANK |
| | LEYDEN, KATHLEEN A. | Account Number / CD #: | *******8520 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1646 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/04/13 | 010006 | El Paso, TX 79998-2238<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Payment<br>Claim # | 7100-000 | | 40.91 | 1,390.14 |
| 12/04/13 | 010007 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Final Payment<br>Claim # | 7100-000 | | 240.90 | 1,149.24 |
| 12/04/13 | 010008 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Payment<br>Claim # | 7100-000 | | 1,149.24 | 0.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.15 | -20.15 |
| 12/12/13 | | ASSOCIATED BANK | BANK SERVICE FEE REFUND | 2600-000 | 20.15 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 14,119.15 | 14,119.15 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 14,119.15 | 14,119.15 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 14,119.15 | 14,119.15 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8520) | 14,119.15 | 14,119.15 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 14,119.15 | 14,119.15 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    20.15    1,451.20

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 13-07885 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | LEYDEN, NOEL J. | Bank Name: | ASSOCIATED BANK |
|  | LEYDEN, KATHLEEN A. | Account Number / CD #: | *******8520 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1646 |  |  |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********8520)

| | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- |

Ver: 17.05